```
                     IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


CRIME, JUSTICE & AMERICA, INC., a    )   NON-RELATED CASE DECISION
California Corporation; and RAY      )
HRDLICKA, an individual,             )
                                     )
                 Plaintiffs,         )   2:08-cv-343-GEB-EFB
                                     )
     v.                              )
                                     )
PERRY L. RENIFF, in his official     )
capacity of Sheriff of the County    )
of Butte, California,                )
                                     )
                 Defendant.          )
                                     )
CRIME, JUSTICE & AMERICA, INC., a    )
California Corporation; and RAY      )
HRDLICKA, an individual,             )
                                     )
                 Plaintiffs,         )   2:08-cv-394-FCD-EFB
                                     )
     v.                              )
                                     )
JOHN McGINNESS, in his official      )
capacity of Sheriff of the County    )
of Sacramento, California,           )
                                     )
                 Defendant.          )
                                     )
```

On July 24, 2008, Plaintiffs filed a notice in which they state the above-captioned actions are "possibly" related. However, it has not been shown that assignment of the actions to the same judge is likely to effect a substantial savings of judicial effort or other economies. While similar preliminary questions of law may exist, each

///

///

1

1 | action could involve different factual issues.  Therefore, the
2 | undersigned judge declines to relate the actions.

Dated:  July 25, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2